UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 15-5085 DSF (RAOx) | Date | 09/16/15 |
|---|---|---|---|
| Title | Dorothy Randle v. Ocwen Loan Servicing, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re Sanctions

   Plaintiff's counsel is ordered to show cause at 11:00 a.m. on September 21, 2015 why she should not be sanctioned in the amount of $250 for her failure to cooperate with defense counsel in the filing of a Joint Rule 26(f) Report.

   IT IS SO ORDERED.