**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOROTHY RANDLE, | ) | Case No.: CV 15-5085 DSF (RAOx) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   10/30/15

_____
Dale S. Fischer
United States District Judge